

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
NORTHERN DIVISION

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE CO. | * | |
| Plaintiff | * | CASE NO.: ~~H-02-1164~~ |
| | | (Pending in the U.S. District |
| v. | * | Court for the District of Texas) |
| 500 TEXAS AVE. LTD. PARTNERSHIP | * | |
| Defendants | * | |

MJG-02-4085

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having considered the Line Withdrawing Without Prejudice Fireman's Fund Insurance

Company's Motion for Contempt Against The Cordish Company, A Non-Party, Or, In The Alternative,

For An Order Directing Service By Alternate Means (the "Motion for Contempt") it is this 21st day of

January, 2003 by the United States District Court for the District of Maryland hereby

ORDERED that the Motion for Contempt be and hereby is withdrawn.

_____
Honorable Marvin J. Garbis
United States District Court Judge

2 3



cc:    Charles M. Kerr, Esquire
Kerr McDonald, LLP
31 Light Street
Suite 400
Baltimore, MD 21202
Attorney for The Cordish Co.

Carmellia C. Boyer, Esquire
Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.
3040 Post Oak Blvd.
Suite 1300
Houston, TX 77056-6560
Attorneys for 500 Texas Avenue Ltd. Partnership

Adam T. Sampson, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South St., 20th Floor
Baltimore, MD 21202
Attorneys for Fireman's Fund Insurance Company