IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIREMAN'S FUND INSURANCE CO.     *

       Plaintiff            *

    vs.                       * CIVIL ACTION NO. MJG-02-4085

500 TEXAS AVE., LTD.             *
PARTNERSHIP
       Defendant            *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>ORDER CLOSING CASE</u>

It appears that Plaintiff has decided to withdraw its Motion for Contempt and that there remains nothing further to adjudicate in the instant case.

Accordingly:

    1.   The Clerk shall CLOSE THIS CASE.

    2.   The parties shall bear their own respective costs.

SO ORDERED, on Tuesday, 29 April, 2003.

                                                     /s/
                                _____
                                   Marvin J. Garbis
                             United States District Judge